# SUPREME COURT OF HAWAIʻI

Liberty Dialysis-Hawaii, LLC v.
  Rainbow Dialysis, LLC ......... SCAP–12–0000018    07/16/2013   Denied

Nelson v. Hawaiian Homes Comʼn SCWC–30110    07/17/2013   Denied